**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00168-RPM

JACQUELINE M. VANECH,

    Plaintiff,

v.

SETH D. HARRIS, Acting Secretary, U.S. Department of Labor,

    Defendant.

---

**STAY ORDER**

---

For sufficient cause show, the Joint Motion to Stay the Case (Dkt. No. 26) is granted. The case is stayed until further order of the Court. If the case is not dismissed within 30 days from the date of this order, the parties shall file a status report, and the parties shall file a status report each 30 days thereafter until the case is dismissed or this order is vacated. The parties shall move to vacate this order as soon as practicable if the case does not result in settlement shortly after Plaintiff recovers sufficiently to review the settlement offer.

Dated February 5, 2014                    BY THE COURT

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge