## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00168-RPM

JACQUELINE M. VANECH,

    Plaintiff,

v.

THOMAS E. PEREZ, Secretary, U.S. Department of Labor,

    Defendant.

_____

## ORDER GRANTING STAY
_____

    For sufficient cause shown, the Joint Motion for Stay, or in the Alternative, Joint Motion for Administrative Closure [32] is granted. The case is stayed until further order of the Court. Plaintiff's Counsel is required to provide a confidential Job Search Update to Magistrate Judge Hegarty and Agency Counsel every four weeks. If the parties are unable to reach a full and final settlement within eight months from the date of this Order, the parties shall move to vacate this order and reopen the case.

    Dated June 6th, 2014

                                                      BY THE COURT

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge