IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-0168-RPM

JACQUELINE M. VANECH,

    Plaintiff,

v.

THOMAS E. PEREZ, Secretary, U.S. Department of Labor,

    Defendant.

_____

ORDER LIFTING STAY AND FOR SCHEDULING CONFERENCE
_____

Upon review of the Joint Motion for Relief of Stay and Request to Set a Scheduling Conference [41], it is

ORDERED that the motion is granted. A scheduling conference will be set upon consultation with counsel.

DATED: January 22nd, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge